# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARIA C. NAVARINO,**

       **Plaintiff,**

**-vs-**                                              **Case No.  6:09-cv-1449-Orl-18KRS**

**COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,**

       **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed

herein:

> **MOTION:**     **UNOPPOSED MOTION FOR REMAND PURSUANT TO
> SENTENCE SIX OF 42 U.S.C. § 405(g) (Doc. No. 14)**
>
> **FILED:**       **January 22, 2010**

Defendant Michael J. Astrue, Commissioner of Social Security, requests that this matter be

remanded to the Social Security Administration for further proceedings under sentence six of 42

U.S.C. § 405(g) and § 1383(c)(3).[1]  The Commissioner asserts that a remand is necessary because

"[i]n this case, the tape was inaudible, necessitating remand to conduct a new hearing."  Doc. No. 14

---

[1]  Section 405(g) provides, in pertinent part, that "[t]he court may, on motion of the
Commissioner of Social Security made for good cause shown before the Commissioner files the
Commissioner's answer, remand the case to the Commissioner of Social Security for further
action by the Commissioner of Social Security . . . ."

at 2.  The Commissioner has not yet filed an answer to Plaintiff Maria Navarino's complaint, and

Navarino does not oppose the request to remand.

Because good cause has been shown to remand this case and the motion is unopposed, I

respectfully recommend that the motion be **GRANTED** and that this case be **REMANDED** to the

Social Security Administration for further proceedings pursuant to sentence six of 42 U.S.C. § 405(g).

I further recommend that the Court direct the Clerk of Court to close the file administratively pending

resolution of the proceedings on remand.

Failure to file written objections to the proposed findings and recommendations contained in

this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from

attacking the factual findings on appeal.

Recommended in Orlando, Florida on January 22, 2010.

*Karla R. Spaulding*

KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE


Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy